**LAW OFFICES OF JAMES J. CUTRO, PC**
1199 Route 22 East, Suite 304
Mountainside, New Jersey 07092
Tel (908) 408-5600
Fax (908) 408-5620
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOSE WILFREDO LEIVA, on behalf of himself and all others similarly situated,**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**M&A TREE SERVICE, INC., and MICHAEL TOMAIO, individually,**<br><br>*Defendants.* | Case No.:  3:22-06641 (PGS)(RLS)<br><br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the parties hereto, that no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-captioned action be dismissed with prejudice in its entirety without costs or attorneys' fees to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

| Law Offices of James J. Cutro, PC<br>Attorneys for Defendants<br><br>By: *[signature]*<br>James J. Cutro, Esq.<br><br>Dated:  March         , 20, 2023 | JAFFE GLENN LAW GROUP, PA<br>Attorneys for Plaintiff<br><br>By: *[signature]*<br>Andrew Glen, Esq.<br><br>Dated:  March 27 2023 |

SO ORDERED:

*[signature]* 4/6/23
USDJ

8